BARRINGER v. WEATHINGTON

   No. 9 PC.

   Case below:   7 N.C. App. 126.

   Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

ETHERIDGE v. R. R. CO.

   No. 16 PC.

   Case below:   7 N.C. App. 140.

   Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1970.

INSURANCE CO. v. DAVIS

   No. 17 PC.

   Case below:   7 N.C. App. 152.

   Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1970.

MORSE v. CURTIS

   No. 7.

   Case below:   6 N.C. App. 591.

   Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 22 January 1970.

MORSE v. CURTIS

   No. 8.

   Case below:   6 N.C. App. 620.

   Petition for writ of *certiorari* to North Carolina Court of Appeals denied and purported appeal as of right dismissed 22 January 1970.

SHIPYARD, INC. v. HIGHWAY COMM.

   No. 8 PC.

   Case below:   6 N.C. App. 649.

   Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1970.